UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA,    )
    )
    )
v.    )        Case No. 3:26-CR-14
    )        JUDGES CRYTZER/McCOOK
    )
TYLER SHANE WELLS    )

NOTICE OF APPEARANCE

Comes defendant Tyler Wells and respectfully gives notice of the appearance

of Wade Davies and the Davies Law Firm, PLLC, as counsel for Mr. Wells.

Respectfully submitted this 25th day of January, 2026, by:

/s/ Wade V. Davies
WADE V. DAVIES [BPR #016052]
The Davies Law Firm, PLLC
800 S. Gay Street, Suite 700
Knoxville, TN 37929
(865) 686-6333
wdavies@wadedavies.law


*Counsel for Tyler Wells*