# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE – COURTROOM 3A

**Case #:** 3:26-CR-14  **Date:** 1/27/2026

United States of America **vs.** Tyler Shane Wells

**Present Before:** Honorable Jill E. McCook, United States Magistrate Judge

| **Courtroom Deputy:** | **Court Reporter:** | **Law Clerk:** |
|---|---|---|
| Marian Bilingsley | Kara Nagorny | Michelle Gensheimer |

| **Asst. U.S. Atty(s):** | **Probation Officer(s):** | **Atty(s) for Defendant(s):** |
|---|---|---|
| David Lewen | Scott Queener | Wade Davies<br>Georgia Miller |

**Others Present:**

**Proceedings:**
Detention Hearing held. Government entered exhibits, argument heard from both parties.

**Dates set at this hearing:**
- [ ] Jury Trial:
- [ ] Pretrial Conf.:
- [ ] Detention Hrng.:
- [ ] Motion Hrng:
- [ ] Status Conf:

**Deadlines set at this hearing:**
- [ ] Discovery DDL:
- [ ] Motion Cut-Off:
- [ ] Response to Mtns:
- [ ] Reciprocal Disc.:
- [ ] Plea DDL:

[✓] Defendant remanded to custody.  [ ] Defendant released on Order Setting Conditions of Release.

**Time:** 10:00 to 11:40

(●) I, Marian Bilingsley, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file.