# UNITED STATES DISTRICT COURT

_____EASTERN_____ DISTRICT OF _____TENNESSEE_____

United States of America

V.

Tyler S. Wells

## EXHIBIT AND WITNESS LIST

Case Number:  3:26-CR-14

| PRESIDING JUDGE Jill E. McCook, U.S. Magistrate Judge | PLAINTIFF'S ATTORNEY David Lewen | DEFENDANT'S ATTORNEY Wade Davies / Georgia Miller |
|---|---|---|
| TRIAL DATE (S) 03/31/2026 | COURT REPORTER Kara Nagorny | COURTROOM DEPUTY Marian Billingsley |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| G2 | | 1/27/2026 | Y | Y | Text messages sent/received by Mr. Wells |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.